WILLIAM J. STAMPUR
JAMES ROTH

Application granted. The sentencing scheduled for May 20, 2026 is adjourned to October 15, 2026 at 2:30 p.m. It is the Government's responsibility to have the defendant produced to Courtroom 520 at that time. Defendant's sentencing submission is due by September 24, 2026 and the Government's response is due by October 1, 2026. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 32).

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
      April 22, 2026

April 21, 2026

**VIA ECF**
The Honorable Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

**Re: *United States v. Mazharul Islam* 25 Cr. 425 (PMH)**

Dear Judge Halpern:

We represent Mazharul Islam in the above-captioned case. I write with the consent of the government to request a new sentence hearing date in October 2026. This request is made to permit Mr. Mazharul to be in New York in September when his testimony as a kidnapped sex trafficking victim is anticipated in United States vs. Chowdhury, Et al., 23 Cr. 278 (NRM), in the Eastern District of New York. Mr. Islam recently testified over the course of four days in the trial of two co-defendants in the same case.

      Thank you for your consideration in this matter.

Respectfully submitted,

s/ James Roth, Esq.