WILLIAM J. STAMPUR
JAMES ROTH

ST
AT

> Application granted. The sentencing scheduled for October 15, 2026 is advanced to September 10, 2026 at 11:00 a.m. It is the Government's responsibility to have the defendant produced to Courtroom 520 at that time. Defendant's sentencing submission is due by August 20, 2026 and the Government's response is due by August 27, 2026. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 34).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         June 24, 2026

June 23, 2026

**VIA ECF**
The Honorable Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

**Re: *United States v. Mazharul Islam* 25 Cr. 425 (PMH)**

Dear Judge Halpern:

    We represent Mazharul Islam in the above-captioned case. I write with the consent of the government to request an earlier sentence hearing date for Mr. Islam. I have conferred with your courtroom deputy and have been advised that September 10th at 11:00 am is available.

    Thank you for your consideration in this matter.

Respectfully submitted,

s/ James Roth, Esq.
